UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CRAIG DUPPS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.   3:17-CV-139 |
| ) | |
| INDIANA SOUTHERN RAILROAD, ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Craig Dupps ("Dupps"), by counsel, brings this action against Defendant, Indiana Southern Railroad ("Defendant"), and shows as follows:

### OVERVIEW

1. This is an employment discrimination action (disability) brought by Dupps against Defendant alleging that he was discriminated against because of one or more of his disabilities as protected by the Americans with Disability Act of 1990 ("ADA"), 42 U.S.C. §12101 et. seq.

### PARTIES

2. At all relevant times Dupps lived in Gibson County.

3. Defendant is a corporation that conducts business and maintains offices in Southern District of Indiana.

4. Dupps, at all times relevant, was an 'employee' as defined by 42 U.S.C.§12111(4).  Moreover, Dupps is disabled as that term is defined by the ADA.

5. Defendant is an 'employer' as defined by 42 U.S.C. §12111(5)(A).

### JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C §1331 and 42 U.S.C. §12117(a).

7. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as all events, transactions, and occurrences pertinent to this lawsuit have occurred within the geographical environs of the Southern District of Indiana and all parties are located herein.

8. Dupps properly exhausted his administrative remedies when he timely filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") alleging discriminated based on disability. A notice of suit rights was issued on June 8, 2017, and Dupps now brings this Complaint within ninety (90) days of receipt thereof.

## FACTUAL ALLEGATIONS

8. Dupps began his employment with Defendant on or about January 2, 1994. Dupps was most recently a Conductor/Engineer. Dupps met or exceeded the legitimate expectations of performance of his position.

9. Dupps suffers from one or more conditions that qualify him as disabled under the ADA. These conditions are permanent and substantially limit him in one or more major life activities.

11. Dupps suffers from one or more addictions, and he sought help from Defendant to obtain treatment.

12. Defendant frustrated and/or denied Dupps' access to Defendant's Employee Assistance Program. Upon information and belief, other non-disabled employees are afforded more immediate access to this program.

13. Moreover, Dupps requested one or more reasonable accommodations.

14. As a result of Defendant's failure, Dupps was denied various benefits and his ability to return to work earlier was significantly delayed.

15. Defendant has admitted that its conduct has contributed to the problems that Dupps experienced from February 16, 2017 to the present.

16. Defendant failed to engage in the interactive process or to provide a reasonable accommodation to Dupps.

17. Dupps has been harmed by Defendant's conduct.

## LEGAL ALLEGATIONS

## VIOLATIONS OF THE ADA

18. Dupps incorporates by reference paragraphs one (1) through twenty-four (17).

19. Dupps was denied any accommodation, reasonable or otherwise, without explanation.

20. Defendant failed to engage in the interactive process.

21. Defendant discriminated against Dupps because of his disability(ies), because Defendant regards Dupps as being disabled, and/or Dupps has a record of being disabled.

22. Dupps has been harmed by Defendant's conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Craig Dupps, respectfully demands judgment against Defendant in his favor and requests that the Court grant the following relief:

a) An Order awarding Dupps the wages and/or benefits he lost and the value of the benefits he lost as a result of Defendant's discriminatory acts;

b) An Order awarding Dupps compensatory and punitive damages for an intentional violation of his rights as provided for by the ADA;

c) An Order awarding the costs of this action;

d) An Order awarding reasonable attorneys' fees;

e) An Order awarding pre-judgment and post-judgment interest at the highest rates allowed by law; and

f) An Order granting such other and further relief as may be necessary and appropriate.

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)

The Wolcott Law Firm LLC
450 East 96th Street, Suite 500
Indianapolis, Indiana 46240
Telephone:    (317) 500-0700
Facsimile:     (317) 732-1196
E-Mail:   indy2buck@hotmail.com

Attorney for Plaintiff

**JURY TRIAL DEMAND**

Plaintiff demands a trial by jury on all issues deemed triable.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)

The Wolcott Law Firm LLC
450 East 96th Street, Suite 500
Indianapolis, Indiana 46240
Telephone:    (317) 500-0700
Facsimile:     (317) 732-1196
E-Mail:   indy2buck@hotmail.com

Attorney for Plaintiff